IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 5:23-CR-50035-001 |
| | ) | |
| BRANDON WADE | ) | |

PETITION AND ORDER FOR WRIT
<u>HABEAS CORPUS AD PROSEQUENDUM</u>

Comes now the United States Attorney for the Western District of Arkansas and for his petition, states:

1. That **BRANDON WADE,** defendant herein, is now confined in the Arkansas Department of Corrections, and is being held by the Warden thereof.

2. It is requested that said defendant be brought before the United States District Court, Western District of Arkansas, Fayetteville, Arkansas, for proceedings on the charges now pending against him and said defendant then be returned to the above-named institution at the conclusion of all proceedings in the above named Court.

WHEREFORE, your petitioner prays the Court to forthwith order the issuance of a Writ of Habeas Corpus Ad Prosequendum directed to the following:

To the United States Marshal for the Western District of Arkansas
To the Warden, Arkansas Department of Corrections

requiring them to produce the body of the said defendant before this Court, Fayetteville, Arkansas, on **May 17, 2023**, at **1:30 p.m.**

David Clay Fowlkes
United States Attorney

By: /s/ Kevin C. Eaton

Kevin C. Eaton
Assistant U.S. Attorney
Bar No. 24105832
414 Parker Avenue
Fort Smith, AR  72901
(479) 783-5125

IT IS SO ORDERED this 28th day of April, 2023.

Honorable Christy Comstock
United States Magistrate Judge