IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 5:23-CR-50035-001 |
| | ) | |
| BRANDON WADE | ) | |

**MOTION FOR DETENTION**

On May 17, 2023, defendant appeared before the Honorable Christy Comstock, U.S. Magistrate Judge, for an arraignment on a one-count Indictment charging the defendant with being a felon in possession of a firearm. During the hearing, the Court confirmed on the record that the defendant was appearing on a writ as he is in the primary custody of Arkansas serving a parole violation sentence. When asked its position on detention, the Government advised the Court that it sought the continued detention of the defendant. Defense counsel then objected—on two separate occasions—asserting that the Government had not demonstrated a statutory basis for seeking the continued detention of the defendant and, seemingly, also objected to the Court's usual course of ultimately returning defendants appearing in federal custody on writ to the jurisdiction having primary custody of the defendant (as the writ directs).

Suffice it to say,[1] the Government has several statutory bases for seeking detention in this case. However, although there are many paths that lead inexorably to the same conclusion, the Government needs only one basis. That basis—at least in this case—should have been patently obvious. Section 3142(f)(1)(E) allows the Government to seek detention in any felony case

---

[1] The Government, as directed by the Court, is simply filing this place-holder motion to assuage the defendant's concerns. Should his state proceedings (either from the ADC or Faulkner County) resolve themselves and we have a full-on detention hearing on the defendant's release (in the usual sense of that term), the Government reserves the right to make all facts and legal arguments for the defendant's continued detention known to the Court.

1

involving possession of a firearm. Of course, the defendant has been indicted by the federal grand jury with being a felon in possession *of a firearm*, which is a felony offense under federal law, as the defendant was correctly advised during today's arraignment. That, standing alone, is a sufficient basis for seeking the defendant's continued incarceration.

                                      Respectfully submitted,

                                      CLAY FOWLKES
                                      UNITED STATES ATTORNEY

By:   /s/ Kevin Eaton_____
       Kevin C. Eaton
       Assistant U.S. Attorney
       Bar No. 24105832
       414 Parker Avenue
       Fort Smith, AR 72901